IN THE UNITED STATES DISTRICT COURT Ed
FOR THE DISTRICT OF COLUMBIA
(Washington, DC)

UNITED STATES OF AMERICA,                    CASE NO. 24−cr−00090-TNM

v.

SARAH KATHLEEN HOLMES,

      Defendant.

_____//

## SARAH K. HOLMES' SENTENCING MEMORANDUM

      Based on the applicable factors set out in 18 U.S.C. § 3553(a), it is Sarah Holmes' ("Sarah")

position that she should receive a probationary sentence with such non-incarceration conditions as

the Court deems appropriate. Because pursuant to § 1B1.9 of the United States Sentencing

Commission *Guidelines Manual* the sentencing for the two Class B misdemeanors to which Sarah

will be pleading guilty the sentencing guidelines do not apply and there will be no Presentence

Report to assist the Court, we begin with Sarah's somewhat remarkable personal history and

characteristics, turn then to the nature and circumstances of her offense conduct and continue with

the other § 3553(a) factors applicable to this case.

## HISTORY AND CHARACTERISTICS OF THE DEFENDANT

      Sarah Holmes was born in Tampa Florida on October 22nd, 1964. She is 59 years old and

has no criminal history. As will be demonstrated herein, Sarah has always had a giving, community

supporting person, has led an athletic life and has competed in various athletic events winning

countless ribbons and trophies while attending Christian, Catholic and Public Schools.[1] Sarah is a

---

[1] Exhibit 1- Sample Athletic Letters.

deeply principled, spiritual person and, as will also be set out herein, a bold advocate for righteous justice. A personal letter from Sarah to the Court is attached Exhibit 2 hereto.

Sarah's parents are Theodore and Nancy Holmes. Her mother is a homemaker and is 84 years old.  Theodore was born in 1907 and is deceased. He attended the University of Virginia. He was a member of "the sons of the revolution". Theodore was a Captain Quarter Master in the U.S. Army during WWII and served in Europe. Theodore turned down a promotion as a Major to seek new opportunities in civilian life. Sarah's father was an entrepreneur, he was a commercial realtor and broker enthusiastic for the Tampa Bay area. Theodore also owned and operated what was then the oldest packing house in the state of Florida, in Blanton-Dade City, Florida.[2] Theodore's background is set out here both because of the "apple does not fall far from the tree" beginnings it provided to Sarah and because of how Sarah devoted much of her youth to him and to his packing house business during his last years fighting illness. More about this later.

Sarah's brother, James Holmes, died at age 64 after experiencing neurological deuteriation and blood clots after receiving the C19 Vaccine (an experimental compound used for protein replacement MRNA). Her brother Mikell Holmes passed in 2007 of a heat stroke while working on a jobsite. Sarah's sister, LA is 61, and lives in Florida.[3]

Sarah is married to MS, born in Mexico and now an LPR having gained political asylum in the U.S. 7-8 years ago. Together they have one amazing son, MS, Jr.

MS, Jr. attends a prominent state university in Florida as a pre-med student planning a pre-med major in Cell and Molecular Neuroscience.  MS, Jr. is also a talented musician who plays the

---

[2] Exhibit 3 – Fruit Packing Company.

[3] Because of the publicity and public attention, the January 6th cases have drawn, we will use initials where necessary to protect the privacy of family members. Full names will be provided to the Court and to the government on request.

double base, the Viola, electric bass, and the Piano. He graduated with honors in the top 7% from a Miami public school where he won the Model Student Award in Orchestra, Strings, Chamber and Jazz ensemble, and two Highest Achievement Academic Awards in his class. In addition to this music at his high school MS, Jr. also played double bass for 3 years with a Miami professional orchestra for youth and adults. As a model student, he was also voted as 2023 Prom King. MS is a product of the mothering skills of Sarah Holmes.

Sarah attended Hillsboro Community College and the University of South Florida in Tampa. She dropped out of USF five credits short of an AA in January 1987 to care for her dying father who suffered from Prostate Cancer and heart problems. Sarah was 22 years old at the time. Sarah assumed operation of the Blanton Packing House during Theodore's last year. Her parents were divorced. Her mom and siblings were living in Arizona. Caregiving thus fell to Sarah. The packing house had forty seasonal employees. Young Sarah had to 'step up to the plate' as they say and undertake the coordination for loading the 18-wheeler trucks and delivery of the goods which included fruits, nuts, guava and jellies to Georgia and South Carolina to fulfill orders for corporate employee holiday gifts. Her father fell even more seriously ill in December of 1988 at which point Sarah took over assisting him with the activities of daily living, his eventual hospitalization at the University of South Florida Community Hospital during April of 1989 and then hospice in July 1989.  At her father's request, Sarah brought him to Georgia in a rented RV with both oxygen and an IV where he wanted to be when he died. Captain Theodore Holmes currently rests in Arlington Cemetery in Sandy Springs, Georgia.[4] The family later donated the Holmes' Blanton Packing House to Pioneer Land in Blanton Florida.

---

[4] Exhibit 4 – T.W. Holmes, Jr.'s Arlington Memorial.

After her father passed, Sarah took on the care of an aunt, Eliza Feldman, until she also passed. Dr. Eliza Feldman was a renowned pianist who performed Bach and Mozart in Europe before WWII, an amazing musician and professor at Brenau University in Gainesville, Georgia. Dr. Feldman left her home to the Brenau University in 1990-91.[5]

After caring first for her father, then for her aunt Eliza, Sarah cared for her aunt Sarah Holmes Guerrant, her father's sister, in College Park, Ga., until she died in 1993. All of this took place while Sarah was in her 20s.[6] Sarah was the youngest of the children, the closest in proximity and the compassionate and empathetic one.

Sarah followed in her fathers' footsteps with the spirit of entrepreneurial ventures. Since she felt she had lost her opportunity to finish her Marketing degree, she trained herself in graphic design, copy writing and database mining and opened an advertising agency. Sarah went door to door meeting with fortune five hundred automotive franchises to get the sales and produced great promotions increasing the dealerships bottom line in both the front end and back end of their business.[7] She worked by day and trained physically at night to live life to the fullest managing two businesses to fulfill each of her passions, Marketing and the Martial Arts.

Sarah started learning Yonmu-Kwan around 1986 and worked her way through the ranks. Each rank required years of dedication, sweat, and blood to earn each degree. Sarah is a Master Black Belt in the Korean Art of Self Defense from the School of Yonmu-Kwan in Korea. She has studied the ancient art form for 30 years having earned 4 degrees.[8] She performed internationally

---

[5] Exhibit 5 – Dr. Eliza Feldman, Brenau University.

[6] Composite Exhibit 6 – Sarah Holmes Guerrant.

[7] Composite Exhibit 7 – Advertising Agency.

[8] Composite Exhibit 8 - Self Defense Degrees.

4

in Europe more than a dozen times. During that time, she wrote and received two grants from the Miami Children's Trust to teach this discipline to low-income children and teens.[9] She volunteered her skills to worked with Miami Dade Commissioner Gus Barreiro, an advocate for vulnerable children and convicted Juvenile offenders. As a professional athlete, Sarah volunteered to teach for Miami Dade County Olympic Kids Program to instruct under-privileged children at events over the years. She volunteered her time and talent to provide exhibitions and shows for The Children's Trust and Make-a-Wish Foundation to raise awareness and funding to those non-profits.[10]

Sarah opened a Yonmu-Kwan school at 5100 Biscayne Boulevard in Miami and, later, a second location at 542 NE 88th St. She ran the schools for 14 years from 1999-2013. She retired due to knee injury just before obtaining her fifth degree that would have put her in an elite group of Grand Masters in Yonmu-Kwan. During the time she ran the schools, Sarah promoted the growth and development of hundreds of children of all ages in urban neighborhoods and cultivated trust to guide them academically as well.[11] Sarah provided tutors who were certified schoolteachers to help the children with reading, writing and arithmetic. She would visit their schools and talk to the teachers if a child was struggling with homework assignments and poor grades. She would only promote the children if their grades improved regardless of where they started. She gave lessons in Mindfulness to help the kids make good decisions. She taught them to respect their body, exercise and live a clean and healthy lifestyle. She instilled purpose in all her students through courtesy, integrity/modesty, perseverance, self-control, and indomitable spirit. She

---

[9] Exhibit 9 – Miami Children's Trust.

[10] Exhibit 10 – Urban Family Night.

[11] Exhibit 11 – Little Baby Disciples.

#102182323v5

sponsored family night where parents participated with them to encourage unity of the family. Sarah worked tirelessly running a business during the day so she could teach at night to promote the principles and discipline of Yonmu-Kwan. She learned this art, to build her body and her mind to grow stronger in love, justice and the correct way to live.

For Sarah to be able to achieve all of this, she had to take the following road: While Sarah was caring for her family and began her studies in Yonmu-Kwan, Sarah opened her advertising agency, as mentioned, specializing in automotive advertising which she also ran from 1994 to 2013. It was called "DM&DI". The business specialized in custom databases to narrow down demographics to target potential customers based on their buying habits and other behaviors. This is the same technology used in geo-mapping today. She provided clients with complete honed and insured promotional events, she designed the ads, and oversaw the fulfillment of each promotion. She met with factory representatives from Korea when Kia was starting in the US Market. In addition to targeted promotions, she designed billboards, brochures, business paraphernalia, logos and other types of signage for companies. [12]

In 2012, as part of her civic participation she and her husband built and installed seven large outdoor campaign signs for Mitt Romney and Connie Mack III's Campaign. Sometime around 2015 Sarah entered a contest to design a logo for a Municipality Village in Miami Dade County, there were up to 30 submissions from talented advertising agencies, artist and residents. Sarah captured the contest with her essay and design reflecting the community's history, natural beauty and its community vision. The only prize was a Key to the Village, but she felt that she could give of her talent to the Village.[13] During 2011, Sarah put together a community food drive

---

[12] *See* Exhibit 7 at footnote 7.

[13] Exhibit 12 – Key to the Village.

and ran the drive out of her school. There were about 6 truckloads of food in total. She invited churches in low income areas in Miami to come and pick up and she put bags together and handed out to trailer parks around her school and apartments.[14]

During 2006-2007 Sarah used the above-mentioned grant from The Children's Trust to assist low-income children and since the grant has expired, she continues to serve the families that came in under that initiative.

In 2009, Sarah placed MS, Jr. in a Special Inclusion Program in Miami Dade Schools to participate as role model to help other early development students with special needs to provide them with the opportunity to participate in activities alongside their general education peers. At the time few public schools offered this program.  MS, Jr. was tested and was one of two children approved.  This was Sarah's way of teaching MS, Jr., to help others.

From 2006-2013 Sarah created a summer camp program, she provided certified teachers, and themed direct learning with each day filled with Art, Reading, Math, Science, History, Sports, Self-Defense, and lessons in Mindfulness. She even put a swimming pool on the property and hired certified Swim Instructors to come to the school to teach water safety class so that these children could learn to swim.[15]

In 2012, for the City of Miami she permitted and provided a live children's nativity in front of the Family Court House, with live carolers, and dressed actors reflecting the celebration of Christmas.[16]

---

[14] Exhibit 13 – National Food Drive. (Link added to Flash Drive)
https://youtu.be/mU7AaKUuDF8?si=fFqgC5gRuQE42nKa
[15] Exhibit 14 – Summer Camp Program.

[16] Composite Exhibit 15 – City of Miami Live Children's Nativity Event.

7

In 2013, Sarah made a three-year commitment to providing financial resources through World Vision including to sponsor two boys near the same age as her son in Ethiopia: Zelaalem and Gerezher.[17]

During 2014, City of Miami, Mayor Tomas Regalado's staffers reached out to Sarah and invited her to put a large nativity scene together for the City's annual Christmas Tree Event.[18]

Sarah sat in the boardroom with large corporate donors, city agencies and the mayor's staffers as they planned the event funded by the city and large corporations and hospitals. Sarah's donated out of her own finances the building of a nativity set large enough to support 35 volunteers, some professional singers from UM School of Music who sang carols, provided the microphones and amplifiers to project the hymns to thousands of city residents, paid all the set material and costumes for all who participated, and, at the last minute when the city requested, provided animals. Sarah purchased a wonderful Jerusalem Donkey and brought him to the event.[19] She never asked for anything from the city and requested that when they thanked their sponsors that they would just say a citizen of Miami provided the nativity.

From 2016-present Sarah has leased Jimmy the Donkey for free to a Petting Zoo, situated in The City of North Miami Parks and Recreation Enchanted Forest Park. "Jimmy" lives at the park for the enjoyment of families and persons with disabilities.[20] She and her husband have

---

[17] Composite Exhibit 16 – World Vision Sponsorship.

[18] Exhibit 17 – City of Miami Annual Christmas Tree Event.

[19] Exhibit 18 – Jerusalem Donkey.

[20] Exhibit 19 – Petting Zoo, "Jimmy the Donkey". (Link added to Flash Drive) https://www.dropbox.com/scl/fi/gn72d7l30qofwz2lpvoen/IMG_5382.MOV?rlkey=0304pzg9885 1xjrbrot9124v1&st=uzmnd4cl&dl=0

donated their time and building supplies to build large animal enclosures. Sarah has also brought Jimmy to North Miami Thanksgiving Parades at no cost for families to enjoy.[21]

In the summer of 2017 following the devastation of Hurricane Irma in Miami, Sarah observed the charity of a food donation program by Holy Cross Lutheran Church in North Miami and, at her own expense, created a video to document the charitable work of the church, its parishioners and its pastor.[22] Sarah can be heard in the video conducting the interviews and she physically appears at 10:21 conducting an interview.[23]

In June 2021, the Champlain Towers Condominium collapsed in Surfside, Florida. Survivors and families needed a place nearby to stay at little or no expense while recovery efforts were underway.[24] At the time, Sarah had been helping her husband in his nearby construction work. They were working on a vacant building in need of major cosmetic repairs including electrical, plumbing, HVAC, appliances and more, near where the Champlain Towers. They were preparing it to be a vacation rental. The units were months away from being ready when the owner/investor approached Sarah and asked if she and her husband would workday and night to get the building up and furnished completely at record speed in order to provide a free place for the victims' families during the ongoing recovery efforts. Sarah and her husband worked tirelessly, including weekends. Their son, MS, helped as well repairing things in the building as needed.

---

[21] *See* Exhibit 19 above.

[22] Exhibit 20 – Holy Cross Video – Hurricane Irma. (Link added to Flash Drive) https://www.dropbox.com/scl/fi/120wpzwpwxhw4vc3730u0/Holy-Cross-Irma-Story.mp4?rlkey=tqlxfrteromlre08039s861m0&st=4ksgqhcx&dl=0

[23] Sarah used her self-taught film animation skills, $5000 of her own camera equipment and at least $1000 in production time creating the video.

[24] Exhibit 21 – Sextant Resources.

Seventeen units were quickly made ready, every room furnished, furniture built, the walls painted, pictures hanged, and TVs installed and mounted in each 3/3 unit. They welcomed the families and assisted them with the community resources on behalf of the vacation rental owner and investors. Sarah put together a resource listing for the families and posted and worked with the following agencies Miami Dade County Clergy, Cadena, GEM, SHUL, Young Israel, Reef, and Rosenhaus.

Due to the national attention on the collapse, Sarah became the liaison between the families and the media. Sarah reached out to a local florist and had one hundred Sun Flowers delivered and provided flowers for the families. Sarah arranged for rabbi and other clergy to pray with the families. Sarah listened to each family, consoled, and prayed with them. Sarah provided a roof top sunset memorial for any family that would want to attend. Sarah provided candles for the families to light and flowers to place in the pool. She had a church group come to sing hymns, pray, and give hope to the families.[25]

Today, Sarah is employed with her husband, a self-employed construction technician through their company BedRock Renovations, Inc. ("Craftsmanship from the ground up") as his assistant at job sites. She helps with customer support and performing various low skilled tasks. She is paid $500 per week, and he takes a salary of about $700 per week.  Importantly, Sarah also cares for her mother Nancy who is 84 years old and has difficulty walking, as well as her mother's husband William Summers, who is 81 years old, legally blind, deaf and struggles to walk. They moved in with Sarah and her husband in 2023 when the owner of the apartment they leased for 10 years lost her husband. Sarah's parents could not find an affordable apartment, so they now reside with Sarah and her husband.  Sarah and her husband gave them the master bed and bathroom to

---

[25] Exhibit 22 – Sunny Isles Collapse and still photos of resident support program. (Link added to Flash Drive)  https://www.nbcmiami.com/news/local/150-people-still-missing-after-collapse/2483768/

give them accommodation to ease the loss of their own home. In 2022, Sarah provided her mom a car to get to and from doctor appointments and grocery store, Sarah pays for the car, the insurance, the anti-theft, the on-star service and the maintenance. Sara is needed at home to continue with the care of her mother and her stepfather.

Clearly, Sarah's 59-year personal history, record of family and community service and obviously very giving and very generous character, with no criminal record dwarf the 45 minutes or so of mistakes she made on January 6th and argue strongly in favor a probationary, non-incarceration sentence.  In a real sense, Sarah has already been on unsupervised probation, without reoffending in any way, for over 40 months since January 6th, 2001.

## NATURE AND CIRCUMSTANCES OF OFFENSE AND NEED TO PROMOTE RESPECT FOR THE LAW

To be sure, Sarah's January 6th, 2021, conduct must be considered within the context of all that happened in and around the Capitol that day. There certainly was a violent attack on the Capitol and all that occurred, including Sarah's conduct, occurred within the context of everything going on. However, Sarah was not personally involved in the mob violence in front of or inside the Capitol that day and, except to the extent of her presence in the crowd both outside and inside, it would be wrong to lump her with those who did so. Sarah never called for or condoned violence.  She and her son listened to the President's speech at the Ellipse, heard his call to walk to the Capitol and his promise to join them there, and then walked peacefully to the Capitol grounds with thousands of others. At the Capitol, they found themselves near the rear of the huge, noisy and chaotic crowd.

 Sarah had traveled to DC nearly every year between December and February. She loves DC. She drove to DC for January 6th because President Trump called for people to come that day

but also, in part, to show MS DC area schools to consider for his intended pre-med education. She also intended for him to experience a peaceful, political demonstration 'up close and personal'. They attended the Trump speech on the Ellipse. She has attended many Trump rallies where she enjoys the celebratory, community-like atmosphere and she supported him.  Her intent on 1/6 was to see Trump's speech and to demonstrate peacefully outside the Capitol. Sarah had prepared a "Stop the Steal/ Dominion" placard which she carried. She had spent two days with her 15-year-old son on the road driving to DC from South Florida.

Sarah recalls seeing many people going to cars and changing from street clothes into Trump clothes, tear gas and smoke explosions in the huge crowd in front of the Capitol which she believes caused the huge crowd to surge forward toward the Capitol. She says that being towards the back of the crowd with MS, they did not actually witness the violence at the police line and barricades at the front of the crowd which was a considerable distance, but she certainly heard and was aware of the smoke as well as the chaos of people trying to approach and enter the Capitol. There were no barricades up that she saw approaching the Capitol building. However, there were "Area Closed" signs. She mistakenly followed the crowd. Sarah wanted to hear Dr. Simone Gold speak near the Capitol steps about cures for Covid without vaccines as well as her "Stop the Steal" speech.  Sarah wanted to get there but there was chaos and the crowd became very agitated.  As set out below, there is a video of Sarah listening to Dr. Gold speak *inside* the Capitol. Sarah also recalls a concussion type device going off in the air near her and smoke all around. The crowd surged toward the Capitol steps and entrance which actually appeared to be the safer option in the ongoing chaos. Sarah and MS got caught up in the surge of the crowd pushing into the building, saw mostly everyone entering and decided to do so.

As Sarah and MS came up the pedestrian ramp leading to the Capitol door, there was no one trying to prevent anyone from entering. Sarah and her son briefly stood at the opening and looked at officers mixed in the crowd literally allowing people to enter peacefully. She thought it was ok to do so.  One officer, Lopez, was particularly friendly to her and she can be seen in a video conversing with him near the entrance foyer after coming up the ramp.[26] There were untold numbers of people, many with flags and signs ahead of her already peacefully demonstrating inside the building with law enforcement officers all around not pushing people out.

While in the building, Sarah spent most of her time between the Rotunda and Statuary Hall and particularly in the side hall near the entry to the Old Senate (not the active Senate chamber). She never went or even tried to go to the Senate or House floors. At one point, she did see Jon Sullivan (Jayden X). He was punching the glass window in the hallway as Sarah was looking outside. She sternly commanded him to stop yelling at him ***"don't do that!"***[27] This can be heard on the video. She walked away from him to alert an officer and he followed her down the hall and blocked her and her son.  They were in fear.  There are government provided photos of her in the back of the crowd with MS standing in front of her trying to protect her. Sarah is not doing anything or even yelling in the photos. She spent most of her time inside the Capitol away from the big, rowdy crowds holding her "Stop the Steal/ Dominion" sign peacefully. Videos set out below document this.

---

[26] Exhibit 23 – Photo of Sarah and Officer Lopez.

[27] Exhibit 24 – Photos of John Sullivan breaking of the glass. (Link added to Flash Drive) https://youtu.be/OvUU0k-GzVs?si=-8SJUDyH4k0zU9nZ

They say, "a picture is worth a thousand words". Consequently, the following photos and links are of Sarah's conduct inside the Capitol on 1/6. We will bullet point each one[28]:

- Still photo obtained by Sarah of massive crowd in front of the Capitol on 1/6. (#1 in the link contained in footnote 28);

- Video obtained by Sarah of massive crowd in front of the Capitol on 1/6. (#5 in the link contained in footnote 28);

- Photo of the gated entrance ramp at the approximate time of and through which Sarah and Max walked to enter the open door to the Capitol [8];

- Wider view of the entrance ramp [9];

- Government provided photo of Sarah (circled in red) entering the Capitol [#1]

- Video obtained by Sarah of her and MS, Jr. entering the Capitol with crowd though the open door. (Sarah video #1 at link in footnote 28);

- Government provided photo of Sarah holding her sign and walking within the ropes in the Rotunda. [#2];

- Sarah obtained video of she and MS, Jr.  walking between the ropes in Statutory Hall. (#6 in the link contained in footnote 28);

- Video obtained by Sarah of her entering Statutory Hall with MS and poster. Sarah puts her poster down for a minute or so then proceeds to Walk between the ropes where she joins a small group listening to Dr. Simone Gold speak. Police are

---

[28] The following link is to videos obtained by Sarah during her visit to DC on December 5th and 6th, 2023 viewing the videos of January 6th in a secure room provided by the January 6th Committee staff. She estimates that she spent about 12 hours doing the best she could to obtain videos of her activity that day:  Composite Exhibit 25 – Still photos.  (Link added to Flash Drive)
https://app.box.com/s/qql06gedilw88ax4qbjn1y5ylj3xvukx

#102182323v5

controlling the movements of the people. (Sarah video #2 at the link in footnote 28);

- Government provided photo of Sarah in small crowd in Statuary Hall listening to speech by Dr. Simone Gold [#4];

- Government provided photo of Sarah standing between the ropes with her poster. [#5];

- Video obtained by Sarah of her walking through, then saluting Capitol Police in Statutory Hall while MS, Jr. takes cell phone video. (Sarah video #3 in the link at footnote 28);[29]

- Government provided photo of Sarah and MS, Jr. in Statuary Hall near staircase. [#6]

- Sarah obtained video showing her near the entrance to the Old Senate. (#7 in the link at footnote 28);

- Sarah obtained video as she and MS, Jr. (taking cell phone video) walk through Statutory Hall between the ropes being directed by the police. (#8 in the link at footnote 24);

- Sarah obtained video of she and MS walking through Rotunda where she encounters a man from Florida who asks her to take photos of him with a podium. (#10 in the link at footnote 24);

- Video of Jayden X breaking glass window in which Sarah can be heard yelling "don't do that". (Link at footnote 27);

---

[29] Exhibit 26 - A photo of Sarah Saluting the officer.

- Government provided photo of Sarah and MS, Jr. as they exited the Capitol [#7].

While a cogent argument can be made that Sarah's presence inside the Capitol on January 6th gave a kind if aid and comfort to those who were actively engaged in violence and an effort to go to the Senate or House to disrupt the vote count, even if inadvertently so, it would also be wrong to lump everyone who entered the Capitol building that day into a single category of violent disruptors. As will be shown below, the Government and the judges of this District have been careful to draw these important distinctions. Sarah's conduct, though violative of lawful behavior, is also manifestly distinguishable from those who engaged and have been charged and convicted of far worse criminal behavior.

### <u>NEED TO AVOID UNWRRANTED SENTENCING DISPARITIES</u>

The vast majority of the January 6th defendants convicted solely under either or both 40 U.S.C. § (e)(2)(D) or (e)(2)(G) and sentenced by this Court appear to have been sentenced to probation (including Supervised Release) or home confinement plus probation.[30] The exceptions appear to be: (1) William Blauser in Case No. 21-CR-00386-TNM sentenced to a $500.00 fine and $500.00 restitution; (2) Andrew Ericson in Case No. 21-CR-00506-TNM sentenced to 20 days incarceration; (3) Robert Petrosh in Case No. 21-CR-00347-TNM sentenced to 10 days incarceration; (4) Michael Timbrook in Case No. 21-CR-00361-TNM sentenced to 14 days incarceration; and (5) Anthime Gionet in Case No. 21-CR-00132-TNM sentenced to 60 days incarceration. By our count, as of January 31, 2024, this Court had sentenced 15 defendants under these statutes exclusively with only four (4) of them receiving any jail sentence.[31]  District wide,

---

[30] Exhibit 27, Table of Sentences Imposed in Cases Arising Out of the Events of January 6, 2021, as of January 23, 2024.

[31] *Id.*

these ratios appear to be consistent with the vast majority of cases sentenced only under one or both of the two misdemeanor statutes involved in this case resulting predominately in non-jail sentences.[32]

When filtered for cases where the government recommended probation or home detention, only Dana Winn in Case No. 21-CR-00139-TNM received 10 days incarceration over a government recommendation of 3 months home detention.[33] From the same exhibit, but filtered for cases where the Court imposed probationary sentences where the government recommended incarceration, defendant, Brandon Prezlin in Case No. 21-CR-00694 received 10 months probation over a government recommendation of 14 days incarceration with 36 months probation; Matthew Buckler in Case No. 22-CR-00162-TNM, received 14 days home detention together with 24 months probation over a government recommendation of 30 days incarceration and 36 months probation; Lisa Homer in Case No. 22-CR-00238-TNM was sentenced to 36 months probation and a $5000 fine despite a government recommendation of 30 days incarceration plus 36 months probation; Frank Bratjan in Case No. 22-CR-00285-TNM was sentenced to 6 months probation over a government recommendation of 14 days incarceration and 36 months probation;. Reva Vincent in Case No. 22-Cr-0005-TNM was sentenced to 24 months probation despite a government recommendation of 30 days incarceration and 36 months probation; Todd Tilly in Case No. 23-CR-00038-TNM received a sentence of 48 months probation over a government recommendation of 14 days incarceration; Brandon Cavanaugh in Case No. 23-Cr-00040-TNM was sentenced to 24 months supervised release and 14 days home detention over a government

---

[32] *Id.*

[33] Exhibit 28, Table of Sentences Imposed in Cases Arising Out of the Events of January 6, 2021, dated March 11, 2024.

recommendation of 30 days incarceration and 36 months supervised release; and  Saul Llamas in Case No. 23-Cr-00020-TNM was sentenced to 18 months probation where the government had recommended 14 days incarceration and 36 months supervised release.  These examples establish that the courts, where it was determined to be appropriate, have not hesitated to reject jail sentences recommended by the government. The government has indicated to us an intention to seek 30 days incarceration and 36 months probation in this case.

To be clear, we are not contending that we have knowledge of the nuances of the cited cases sufficient to argue those nuances here. We only draw the Court's attention to these statistics in order to highlight the overwhelming preference for non-jail sentences in January 6 cases under the statutes of conviction involved in this case as well as the courts' willingness, when deemed appropriate, to impose probationary type sentences (often with other conditions) over government jail recommendations.[34]  We contend that Sarah's brief offense conduct pales in significance when measured against her lifetime personal history and characteristics.

### NEED FOR GENERAL AND SPECIFIC DETERRENCE

The sheer number of individuals who have been very publicly prosecuted as a result of the events of January 6th, along with the outcomes of those cases, we contend more than provides the full measure of general deterrence necessary arising from the events of that day. Because there has been no repeat of the kind of violent or disruptive conduct which took place that day, despite the former President's entreaties to the contrary in some instances, it appears as if the general deterrence called for by the statute has succeeded, at least so far.  With respect to Ms. Holmes specifically, her involvement in this case, her life's history, guilty plea and clear acknowledgment

---

[34] We have also not independently confirmed the accuracy of the cited information in the Exhibits.

18

of and acceptance of personal responsibility for her misconduct demonstrate that she is not in need of being further deterred from any repeat performance.[35]

## CONCLUSION

Based on the foregoing, including the genuine need for her to remain home to care for two elderly family members, the Defendant, Sarah Holmes, respectfully prays this Honorable Court impose a sentence of probation with such other non-incarceration conditions as it deems necessary and appropriate.

Respectfully submitted,

**JONES WALKER LLP**
201 S. Biscayne Blvd., Suite 3000
Miami, FL 33131
Telephone: (305) 679-5700
Facsimile: (305) 679-5710
By:     */s/ Edward R. Shohat*
**Edward R. Shohat**
Florida Bar No. 152634

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY on this 3rd day of May, 2024, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify the foregoing document is being served this day on all counsel of record either via transmission of Notices of Electronic Filing generated by CM/ECF or in another authorized manner for those counsel or parties not authorized to receive electronically Notices of Electronic Filing.

Thomas D. Campbell
Trial Attorney
U.S. Department of Justice
Criminal Division, Fraud Section
Email: thomas.campbell@usdoj.gov

*/s/ Edward R. Shohat*
EDWARD R. SHOHAT

---

[35] A letter from Ms. Holmes to the Court is Exhibit 2 hereto.

19